UNITEDSTATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

    Plaintiff,                 Criminal No. 16-cr-20695
                                 Hon. Matthew F. Leitman

v.

DEON MARTELL PITTMAN,

    Defendant.
_____/

## ORDER TO SEAL GOVERNMENT EXHIBIT

The government having moved to seal government exhibit one in the United States' Response Opposing the Defendant's Motion for Compassionate Release, and the Court being duly advised in the premises;

**IT IS HEREBY ORDERED** that government exhibit one in the United States' Response Opposing the Defendant's Motion for Compassionate Release, be sealed until further Order of this Court.

                                     /s/Matthew F. Leitman
                                     MATTHEW F. LEITMAN
                                     UNITED STATES DISTRICT JUDGE

Dated:  February 23, 2021

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on February 23, 2021, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764
