UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DEON MARTELL PITTMAN,

    Defendant.

Case No. 16-cr-20695
Hon. Matthew F. Leitman

_____/

## ORDER DENYING DEFENDANT'S MOTION FOR COMPASSIONATE RELEASE (ECF No. 52)

On February 8, 2021, Defendant Deon Martell Pittman filed a motion for compassionate release. (*See* Mot. for Compassionate Release, ECF No. 52.) The Court held a video hearing on Pittman's motion on March 12, 2021. (*See* Notice of Hearing, ECF No. 57.) For the reasons explained on the record during the hearing, Pittman's motion is **DENIED**.

    **IT IS SO ORDERED.**

                                                    s/Matthew F. Leitman
                                                    MATTHEW F. LEITMAN
                                                    UNITED STATES DISTRICT JUDGE

Dated: March 12, 2021

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 12, 2021, by electronic means and/or ordinary mail.

s/Holly A. Monda<br>
Case Manager<br>
(810) 341-9764