MIE 1A  
Revised 08\18

Order of the Court to Continue Supervision

# UNITED STATES DISTRICT COURT
## for the
## Eastern District of Michigan

UNITED STATES OF AMERICA

      v.

PITTMAN, Deon Martell              Crim. No.:  16-CR-20695-01

On 08/07/2024 the Court authorized the issuance of a supervised release warrant based upon a violation petition citing a violation of supervision. On 08/26/2024, PITTMAN appeared in duty court for his initial appearance regarding the supervised release violation and was ordered detained pending the outcome of his supervised release violation hearing. On 09/24/2024, PITTMAN appeared before the Court for a bond hearing and a supervised release violation hearing. The bond hearing was held, and bond was granted with the following special conditions of supervision: PITTMAN was ordered to comply with location monitoring (Global Positioning Satellite GPS) as directed by his supervising officer. The Court adjourned the supervised release violation hearing to 12/03/2024. The issue of the violation was heard in Court on 12/03/2024, and PITTMAN admitted guilt to the violation. The Court adjourned sentencing to a later date and supervised release was continued.

The following special conditions of supervision were removed:

TO REMOVE: Location monitoring (Global Positioning Satellite GPS).

The following special conditions of supervision was added:

TO ADD: Increased reporting to the probation officer and increased drug and alcohol testing at the discretion of the probation officer.

                                                            Respectfully submitted,

                                                            s/Ahmed Bazzi  
                                                            United States Probation Officer

## ORDER OF THE COURT

Pursuant to the above, it is ordered that the pending violation matter be continued, and sentencing be scheduled for a later date.  All conditions imposed at the time of sentencing, along with any subsequent modifications to those conditions, remain in effect.

Dated this 4th Day of December, 2024.

                                                            s/Matthew F. Leitman  
                                                            Matthew F. Leitman  
                                                            United States District Judge